# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

CATHERINE ERDMANN,
as Special Administrator of the Estate of
HARRY HRUPCIN, deceased,
and THERESA HRUPCIN,

                Plaintiffs,

       v.                                  Case No.  06-CV-1038

CLEMENT J. ZABLOCKI VA MEDICAL CENTER,
a Division of the Department of Veteran's Affairs

                Defendants.

---

## ORDER

---

Plaintiff Catherine Erdmann, as Special Administrator of the Estate of Harry Hrupcin, having moved the court for leave to amend her complaint, and it appearing from all the files, records and proceedings herein, that plaintiff is entitled to such leave,

NOW THEREFORE, IT IS ORDERED:

that plaintiff Catherine Erdmann, as Special Administrator of the Estate of Harry Hrupcin, is hereby granted leave to file her amended complaint.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2007.

                                  BY THE COURT:

                                  s/AARON E. GOODSTEIN
                                  United States Magistrate Judge